**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JAMES MADDALENA**

**v.** **No. 07-333T**

**STATE OF RHODE ISLAND AND**
**PROVIDENCE PLANTATIONS,**
**and THE RHODE ISLAND**
**DEPARTMENT OF CORRECTIONS**

**MOTION FOR EXTENSION OF TIME**

Now come the Defendants and move this Court for an Order allowing the Defendants up to and including December 7, 2007, within which to respond to Plaintiff's Complaint. Defendants state that Plaintiff's attorney has no objection to this continuance.

Accordingly, Defendants pray that the deadline for it to respond to Plaintiff's Complaint be extended to December 7, 2007.

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Genevieve Allaire-Johnson
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995
rpartington@riag.ri.gov
gallaire@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within Motion via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorney of record on this 5th day of November, 2007.

**Stephen T. Fanning**
stephenfanning@msn.com

*Rebecca Tedford Partington*

________________________________