**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JAMES MADDALENA**

**v.** **No. 07-333T**

**STATE OF RHODE ISLAND AND**
**PROVIDENCE PLANTATIONS,**
**and THE RHODE ISLAND**
**DEPARTMENT OF CORRECTIONS**

# ANSWER

## INTRODUCTORY STATEMENT/ NATURE OF THE ACTION

Now come the Defendants, and in response to Plaintiff's Complaint, respond as follows:

To the extent that the unnumbered introductory paragraph of Plaintiff's Complaint alleges wrongdoing against either of these Defendants, such allegations are denied.

## JURISDICTION AND VENUE

1-3. The allegations contained in paragraphs 1-3 are legal conclusions to which no response is required, and Plaintiff is left to his proof. Any factual allegations of wrongdoing are expressly denied.

4. Defendants admit that Plaintiff filed the documents referenced in paragraph 4, but deny all factual allegations of wrongdoing.

5. Admitted that Plaintiff received the documents appended to the Complaint as Exhibit A. Any other allegations are denied.

## PARTIES

6-8. The allegations contained in paragraphs 6-8 are admitted.

9-13. The allegations contained in paragraphs 9-13 are legal conclusions to which no response is required, and Plaintiff is left to his proof. Any factual allegations of wrongdoing are expressly denied.

## FACTS COMMON TO ALL COUNTS

14-20. The allegations contained in paragraphs 14-20 are denied.

21. Admitted that Plaintiff has registered complaints, however, it is unclear what paragraph 21 is referring to, and Defendants are thus unable to admit or deny.

22. The allegations contained in paragraph 22 are denied.

23. Paragraph 23 contains legal conclusions to which no response is required. If a response is required, said allegations are denied.

24-36. The allegations contained in paragraphs 24-36 are denied.

## Count I

37. The responses in paragraphs 1-36 above are realleged and incorporated herein by reference.

38-39. Paragraphs 38 & 39 contain legal conclusions to which no response is required, and plaintiff is left to his proof. If a response is required, said allegations are denied.

40-42. The allegations contained in paragraphs 40-42 are denied.

WHEREFORE, Defendants pray that Count I be dismissed with prejudice, costs and fees to the Defendants.

## Count II

43. The responses in paragraphs 1-42 above are realleged and incorporated herein by reference.

44-47. The allegations contained in paragraphs 44-47 are denied.

WHEREFORE, Defendants pray that Count II be dismissed with prejudice, costs and fees to the Defendants.

## Count III

48. The responses in paragraphs 1-47 above are realleged and incorporated herein by reference.

49-52. The allegations contained in paragraphs 49-52 are denied.

WHEREFORE, Defendants pray that Count III be dismissed with prejudice, costs and fees to the Defendants.

**Count IV**

53. The responses in paragraphs 1-52 above are realleged and incorporated herein by reference.

54-57. The allegations contained in paragraphs 54-57 are denied.

WHEREFORE, Defendants pray that Count IV be dismissed with prejudice, costs and fees to the Defendants.

**Count V**

58. The responses in paragraphs 1-57 above are realleged and incorporated herein by reference.

59-62. The allegations contained in paragraphs 59-62 are denied.

WHEREFORE, Defendants pray that Count V be dismissed with prejudice, costs and fees to the Defendants.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The complaint fails to state cause of action against these Defendants upon which relief can be granted.

### Second Affirmative Defense

Defendants plead sovereign immunity, as well as absolute, qualified and discretionary immunity.

### Third Affirmative Defense

Plaintiff is not entitled to an award of punitive damages.

**Fourth Affirmative Defense**

Defendants claim benefit of Eleventh Amendment immunity.

**Fifth Affirmative Defense**

Plaintiff is not entitled to an award of prejudgment interest.

**Sixth Affirmative Defense**

Defendants are immune from suits under the Rhode Island Civil Rights Act of 1990 (RICRA).

**Seventh Affirmative Defense**

Plaintiff has failed to exhaust his administrative remedies.

**Defendants hereby demand a trial by jury on all issues so triable.**

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
*/s/ Genevieve Allaire-Johnson*

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Genevieve Allaire-Johnson
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995
rpartington@riag.ri.gov
gallaire@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within Answer via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorney of record on this 27th day of November, 2007.

**Stephen T. Fanning**
stephenfanning@msn.com

*/s/ Rebecca Tedford Partington*