**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JAMES MADDALENA**

**v.** **No. 07-333T**

**STATE OF RHODE ISLAND AND**
**PROVIDENCE PLANTATIONS,**
**and THE RHODE ISLAND**
**DEPARTMENT OF CORRECTIONS**

## NOTICE OF OTHER ACTION OR PROCEEEDING

Now come Defendants in this action, and, pursuant to Local Rule 31 of this Court, represent that the following action, now closed, was also brought by the Plaintiff in the instant matter and contained similar allegations, i.e., claims of discrimination against the State and the Department of Corrections. Counsel for the Plaintiff are the same in both cases:

**Maddalena v. DOC – C.A. No. 02-403 S**

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
*/s/ Genevieve Allaire-Johnson*

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Genevieve Allaire-Johnson
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995
rpartington@riag.ri.gov
gallaire@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorney of record on this 27th day of November, 2007.

**Stephen T. Fanning**
stephenfanning@msn.com

*/s/ Rebecca Tedford Partington*