**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JAMES MADDALENA**

**v.** **No. 07-333T**

**STATE OF RHODE ISLAND AND**
**PROVIDENCE PLANTATIONS,**
**and THE RHODE ISLAND**
**DEPARTMENT OF CORRECTIONS**

# ENTRY OF APPEARANCE

We, Rebecca Tedford Partington, Assistant Attorney General and Genevieve Allaire-Johnson, Special Assistant Attorney General, hereby enter our appearance on behalf of the Defendants, State of Rhode Island and Rhode Island Department of Corrections in the above-captioned matter.

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
*/s/ Genevieve Allaire-Johnson*

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Genevieve Allaire-Johnson #5778
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995
rpartington@riag.ri.gov
gallaire@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorney of record on this 27th day of November, 2007.

**Stephen T. Fanning**
stephenfanning@msn.com

*/s/ Rebecca Tedford Partington*

________________________________