# United States District Court

DISTRICT OF

James Maddalena

V.

State of Rhode Island and Providence Plantations, and The Rhode Island Department of COrrections

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 333T

TO: (Name and address of defendant)

State of RI & Providence Plantations
Attorney General Office; 150 S. Main Street, Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 8-31-07

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 10-18-07 |
|---|---|
| NAME OF SERVER (PRINT) EDWIN J SEMPER JR | TITLE Federal Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Richard B. Woolley Asst AG. 10/18/07
150 S. Main St Prov RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45 | TOTAL $45 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-18-07
Date

Edwin J Semper
Signature of Server

56 Hunters Run
N. Prov RI
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF

James Maddalena

V.

State of Rhode Island and Providence PLantations, & The Rhode Island Department of Corrections

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 07 333 T

TO: (Name and address of defendant)

RI Dept. of Corrections
Attorney General of RI
150 S. Main Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520

20

an answer to the complaint which is herewith served upon you, within ______________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 8-31-07

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 10-18-07 |
| --- | --- |
| NAME OF SERVER (PRINT) Edwin J Semper Jr | TITLE Federal Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Richard B Wooley Asst. A.G. 150 S. Main St Prov RI 10-18-07

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45 | TOTAL $45 |
| --- | --- | --- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-18-07
Date

Edwin Semper Jr
Signature of Server

56 Hunters Run N. Prov RI
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.