UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES MADDALENA,
Plaintiff

v.

C.A. No. 07-333 T

STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS
And the RHODE ISLAND DEPARTMENT OF
CORRECTIONS

Defendants

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND AMEND THE COURT'S PRE-TRIAL ORDER, WITH THE ASSENT OF THE DEFENDANTS**

Now comes the Plaintiff and files this Motion to Extend the Discovery Period in the above-captioned matter, with the assent of the Defendants. Discovery is currently scheduled to close on May 15, 2008.

**Plaintiff seeks an extension of discovery for 45 days, to June 30, 2008, with a concomitant adjustment to the other dates pertinent to the Court's Pre-Trial Order.**

Plaintiff has discussed this matter with Defendants' counsel and Defendants' do not object to this Motion.

For the reasons set forth in the Attached Memorandum, the Plaintiff respectfully requests that this Motion be Granted.

Respectfully Submitted,
James Maddalena,
By His Attorney

/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 fax

**CERTIFCATION**

I hereby certify that a true copy of the above was delivered by electronic mail, to Rebecca Tedford-Partington, Deputy Chief-Civil Division, RI Attorney General, 150 S. Main Street, Providence, RI 02903.

/s/ Stephen T. Fanning                                        Date: April 15, 2008