UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES MADDALENA,
Plaintiff

C.A. No. 07-333 T

v.

STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS
And the RHODE ISLAND DEPARTMENT OF
CORRECTIONS

Defendants

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXTEND DISCOVERY AND AMEND THE COURT'S PRE-TRIAL ORDER, WITH THE ASSENT OF THE DEFENDANTS**

Now comes the Plaintiff and files this Memorandum in Support of its Motion to Extend the Discovery Period in the above-captioned matter, with the assent of the Defendants.

**In its Motion, Plaintiff seeks an extension of the discovery period for 45 days, from May 15, 2008 until to June 30, 2008, with a concomitant adjustment to the other dates pertinent to the Court's Pre-Trial Order.**

In support of its Motion, Plaintiff avers that the Parties have invested significant effort in seeking a resolution of this matter, concomitant with a resolution of Plaintiff's Workers' Compensation claim; involving a coordination of both Defendants' counsel and counsel from the State's Workers' Compensation division. In addition, since Plaintiff's claim involves, *inter alia*, an allegation of physical injury resulting from the workplace, it has taken longer than anticipated for the Plaintiff to retrieve and assemble medical

records responsive to Defendants' discovery requests. The Parties are still in the process of scheduling and concluding necessary depositions.

**Plaintiff has discussed this matter with Defendants' counsel and Defendants' do not object to this Motion.**

Neither Party has previously requested an extension to the discovery period, and do not anticipate any additional requests for extensions.

For the reasons set forth above, the Plaintiff respectfully requests that its Motion to Extend Discovery be Granted.

Respectfully Submitted,
James Maddalena,
By His Attorney

/s/ Stephen T. Fanning
Stephen T. Fanning, Esq. #3900
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 fax

**CERTIFCATION**

I hereby certify that a true copy of the above was delivered by electronic mail, to Rebecca Tedford-Partington, Deputy Chief-Civil Division, RI Attorney General, 150 S. Main Street, Providence, RI 02903.

/s/ Stephen T. Fanning Date: April 15, 2008