**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JAMES MADDALENA**

**v.** **No. 07-333T**

**STATE OF RHODE ISLAND AND**
**PROVIDENCE PLANTATIONS,**
**and THE RHODE ISLAND**
**DEPARTMENT OF CORRECTIONS**

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes Defendant, State of Rhode Island, and requests that this Court issue an Order compelling the Plaintiff to provide Answers to Interrogatories propounded on February 8, 2008. Defendant would show that counsel has agreed to extensions, but the Answers have not yet been provided. Further, the State would show that discovery is scheduled to close on June 30, 2008, and that the Plaintiff's deposition is scheduled for June 23, 3008. Therefore, the State requests that Plaintiff be ordered to provide Answers on or before June15, 2008.

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
*/s/ Genevieve Allaire-Johnson*

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Genevieve Allaire-Johnson
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995
rpartington@riag.ri.gov
gallaire@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorney of record on this 21st day of May, 2008.

**Stephen T. Fanning**
stephenfanning@msn.com

*/s/ Rebecca Tedford Partington*

______________________________