**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JAMES MADDALENA**

**v.** **No. 07-333T**

**STATE OF RHODE ISLAND AND**
**PROVIDENCE PLANTATIONS,**
**and THE RHODE ISLAND**
**DEPARTMENT OF CORRECTIONS**

## MOTION TO COMPEL

Now comes the Defendant, State of Rhode Island, and moves this Court to compel production of complete medical records by the Plaintiff. Specifically, the Plaintiff testified in a deposition taken on January 29, 2007 in the workers' compensation case, that he was seen by the following medical care providers as a direct result of the August 17, 2006 incident that forms the basis for the present lawsuit:

- Garden City Treatment Center
- Stratton
- Farina
- Barone
- Loporchio
- Morgan
- Allen
- Santoro
- Pasette/Bisette

Further, in his initial workers' compensation claim form he lists the following additional medical care providers:

- Buonano;
- Lenkewicz;
- Heffernan;

- Matarese
- Coastal Medical.

In his response to discovery in the present case the plaintiff has produced only the following documents:

- Garden City Treatment Center (33,163,164)
- Stratton (123, 166, 190, 193, 195)
- Loporchio (135-136, 201)
- Morgan (7,11)
- Stutz (23)

Therefore, the Defendant prays that the Plaintiff be required to produce, within the discovery deadline, the medical records of those physicians he listed during his previous deposition, as well as those listed in his claim form.

Respectfully Submitted,

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Rebecca Tedford Partington*
*/s/ Genevieve Allaire-Johnson*

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Genevieve Allaire-Johnson
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995
rpartington@riag.ri.gov
gallaire@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorney of record on this 5th day of June, 2008.

**Stephen T. Fanning**
stephenfanning@msn.com

*/s/ Rebecca Tedford Partington*

______________________________