**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JAMES MADDALENA**

**v.** **No. 07-333T**

**STATE OF RHODE ISLAND AND**
**PROVIDENCE PLANTATIONS,**
**and THE RHODE ISLAND**
**DEPARTMENT OF CORRECTIONS**

**MOTION TO EXTEND DEADLINE**

Now come the Defendants and move this Court for an Order of this court to extend the deadline for Dispositive Motions from June 30, 2008 to August 4, 2008. Defendants state that Plaintiff's Motion to extend discovery has been granted and has not answered the Defendants' Interrogatories.

Accordingly, Defendants pray that the deadline for dispositive motions be extended to August 4, 2008.

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*Rebecca Tedford Partington*
______________________________

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Genevieve Allaire-Johnson
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995
rpartington@riag.ri.gov
gallaire@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within Motion via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorney of record on this 18th day of June, 2008.

**Stephen T. Fanning**
stephenfanning@msn.com

*Rebecca Tedford Partington*

________________________________