**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JAMES MADDALENA**

**v.** **No. 07-333T**

**STATE OF RHODE ISLAND AND**
**PROVIDENCE PLANTATIONS,**
**and THE RHODE ISLAND**
**DEPARTMENT OF CORRECTIONS**

**MOTION FOR EXPEDITED CONSIDERATION**

Now comes the State of Rhode Island and moves this Court for expedited consideration of its Motion to Extend Deadline filed on June 18, 2008 for the following reasons: First, by Order of May 1, 2008, the dispositive motion deadline dates and discovery closure date are both currently set for June 30th. Further, on June 18, the State received the Plaintiff's Answers to Interrogatories (signed only by counsel, not by the Plaintiff), which will necessitate further internal review, fact-finding and interviews, and finally, the State will take Plaintiff's deposition on Monday June 23rd and will not have the transcript by the June 30th deadline.

Accordingly, Defendants pray for expedited consideration of their Motion to Extend Deadlines.

Defendants
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*Rebecca Tedford Partington*
______________________________
Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Genevieve Allaire-Johnson
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995
rpartington@riag.ri.gov
gallaire@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within Motion via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorney of record on this 19th day of June, 2008.

**Stephen T. Fanning**
stephenfanning@msn.com

*Rebecca Tedford Partington*
______________________________