UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES MADDALENA,
Plaintiff

C.A. No.07-333 T

v.

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS and the
RHODE ISLAND DEPARTMENT OF CORRECTIONS
Defendants

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Now comes the Plaintiff, JAMES MADDALENA, and hereby files this Motion to Compel Defendants' Responses to Plaintiff's First Set of Interrogatories.

Plaintiff served on Defendant's counsel his First Set of Interrogatories on or about April 22, 2008. Plaintiff fully cooperated with the Defendants relative to any additional time they needed to supply complete responses.

On or about June 10, 2008, Defendants served their Objections and Responses to Plaintiff's First Request for Interrogatories. Plaintiff posed 29 Interrogatories, and Defendants made approximately 18 objections to these interrogatories, with vague and incomplete responses to the remaining interrogatories.

In Defendants' responses to Plaintiff's Interrogatory Requests, Defendants' objections repeatedly state the same stock objection, without citing any meaningful basis; that Plaintiff's discovery requests are "vague and overbroad, immaterial and not calculated to lead to the discovery of admissible evidence." Plaintiff discussed the

discovery deficiencies by telephone with counsel for the Defendants and Defendants, on June 26, 2008, submitted supplemental responses to three of Plaintiff's requests.

Plaintiff urges that all of his discovery requests sought information properly discoverable and due the Plaintiff under applicable Rhode Island and Federal Rules of Evidence.

Plaintiff respectfully requests that the Court compel Defendants to provide complete and fully responsive answers to Plaintiff's Interrogatory Requests, within ten days of the date of the Court's granting of this Motion. Discovery in this matter is currently scheduled to close on June 30, 2008.

In support of his Motion, Plaintiff has submitted the Attached Memorandum.

## REQUEST FOR A HEARING

Plaintiff respectfully requests that the Court schedule a hearing on this matter.

## CERTIFICATION

Plaintiff's counsel certifies that Plaintiff has made a good faith effort to confer with Defendants' counsel in an effort to resolve any discovery disputes and to secure disclosure of the requested material, without the need for court intervention, pursuant to FRCP 37.

Respectfully Submitted,
James Maddalena
By His Attorney,

/s/ Stephen T. Fanning
Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
401-245-5802
401-245-4520 (FAX)

**CERTIFICATION**

I hereby certify that, on June 30, 2008, I delivered a true and correct copy of the above Motion on counsel to the Defendants, Rebecca Tedford-Partington, Office of the Attorney General, 150 South Main Street, Providence, RI 02903 by e-mail.

/s/ Stephen T. Fanning Date: June 30, 2008