UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES MADDALENA | : | |
| | : | |
| vs. | : | C.A. No.07-333T |
| STATE OF RHODE ISLAND AND | : | |
| PROVIDENCE PLANTATIONS and the | : | |
| RHODE ISLAND DEPARTMENT OF | : | |
| CORRECTIONS | : | |

**DEFENDANTS' SUPPLEMENTAL**
**RESPONSE TO PLAINTIFF'S INTERROGATORIES**

15. State and describe in detail all incidents in the workplace resulting in formal discipline or other corrective action taken by the Department of Corrections regarding the Plaintiff.

**Supplemental Response: Since his return to work in 2006, there has been no disciplinary action against the plaintiff.**

24. Please state the outcome of any investigation regarding the incident occurring on 8/17/06 and the Employer's basis for that outcome. Please include any and all documents relied upon in determining this outcome and the location of said documents.

**Supplemental Response: The State Police Records of the investigation into the 8/17/06 incident have been turned over to the plaintiff. After interviewing witnesses and obtaining written statements, which have all been turned over to the plaintiff, it was determined that there was insufficient evidence to bring a charge against anyone concerning that incident.**

25. Please state any complaints brought against James Mihalos by any employee, including but not limited to Plaintiff, since Mihalos' starting date of employment. Please include the employees name, contact information, date complaint was made, nature of complaint, resolution.

**Supplemental Response: There have been no complaints filed against James Mihalos by any employee other than the plaintiff.**

As to Numbers 15 and 25:

Linda Milner

Subscribed and sworn to before me this 23 day of June, 2008.

Notary Public
My Commission Expires: 10-12-2008

As to Number 24:

Kim Mallette

Subscribed and sworn to before me this 26th day of June, 2008.

Notary Public
My Commission Expires: 12-20-09

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Interrogatories by first class mail, postage prepaid on this 26th day of June, 2008 to:

Stephen Fanning, Esquire
305 South Main Street
Providence, RI 02903

As to Objections:

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Genevieve Allaire-Johnson
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995

**CERTIFICATION**

I hereby certify that I mailed a true copy of the foregoing Interrogatories by first class mail, postage prepaid on this 26th day of June, 2008 to:

Stephen Fanning, Esquire
305 South Main Street
Providence, RI 02903

Melissa L. DiFonzo