**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**JAMES MADDALENA**

**v.** **No. 07-333T**

**STATE OF RHODE ISLAND AND**
**PROVIDENCE PLANTATIONS,**
**and THE RHODE ISLAND**
**DEPARTMENT OF CORRECTIONS**

## REQUEST FOR CONFERENCE

In accordance with paragraph 7 of this Court's Order dated January 16, 2008, the Defendants request a conference to discuss filing a Motion for Summary Judgment. Counsel for plaintiff and defendants have conferred to discuss the filing and general subject matter of said Motion.

For scheduling purposes Attorney Partington is on trial before Judge Lisi starting the week of July 22nd. Also Attorney Fanning is court excused for medical reasons from July 11-18th.

Defendants
By their Attorney,
PATRICK C. LYNCH
ATTORNEY GENERAL

*Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Deputy Chief – Civil Division
Genevieve Allaire-Johnson
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995
rpartington@riag.ri.gov
gallaire@riag.ri.gov

**CERTIFICATION**

I hereby certify that I filed the within Request via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the following attorney of record on this 1st day of July, 2008.

**Stephen T. Fanning**
stephenfanning@msn.com

*Rebecca Tedford Partington*

______________________________